# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PEDRO LUIS GAVILAN-CRUZ, | : No. 23 MAP 2026 |
| Appellant | : |
| v. | : |
| BERNADETTE MASON, FACILITY MANAGER OF SCI-MAHANOY, DISTRICT ATTORNEY OF LANCASTER COUNTY, AND ATTORNEY GENERAL OF PENNSYLVANIA, | : |
| Appellees | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 30th day of April, 2026, the Notice of Appeal is **QUASHED**. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court.").